**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jose Rafael Bernal, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-cv-412 |
| v. | ) | |
| | ) | |
| RT Midwest Holdings, LLC, RT Chicago | ) | The Honorable Amy J. St. Eve |
| Franchise, LLC and RT Northern Illinois | ) | |
| Franchise, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiffs' motion for default judgment as to all defendants is granted. The clerk is directed to enter judgment in favor of plaintiff and against defendants in the amount of $7,500 plus costs.

Date: June 27, 2017

_____
District Judge Amy J. St. Eve